UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE ATTORNEY GENERAL OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | 1:13-cv-01701-JLT (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND ORDER FOR PLAINTIFF TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30　DAYS<br><br>(Doc. 3) |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include plaintiff's required original signature.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 131; F.R.C.P. 11(a).  Accordingly, the Court **ORDERS**:

　　　　1.　　Plaintiff's unsigned motion to proceed in forma pauperis, filed October 23, 2013 (Doc. 3), is disregarded.  Within 30 days of the date of service of this order, plaintiff **SHALL** re-submit the enclosed application to proceed in forma pauperis, bearing plaintiff's original signature, or in the alternative, pay the $400.00 filing fee for this action.

**Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:  **November 4, 2013**                              **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE