# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>     Plaintiff,<br><br>     v.<br><br>STATE ATTORNEY GENERAL OF CALIFORNIA, et al.,<br><br>     Defendants. | 1:13-cv-01701-JLT (PC)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO SHOW CAUSE WHY THIS ACTION IS NOT BARRED BY** *HECK v.* **HUMPHRY, 512 U.S. 477 (1994)**<br><br>**(Docs. 1, 10)** |

Plaintiff, Earl Simpson, is a civil detainee who is currently proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 23, 2013. (Doc. 1.) In the Complaint, under "Statement of Claim" Plaintiff alleges that he is being held hostage in a state institution and that he has not been released to the principal place of his business. (*Id.*, at 3.) Plaintiff also alleges that he "is transferring his principal [sic] place of business out of the state of california [sic] in which he as a person he [sic] would be considered the business." (*Id.*, at 6.) Plaintiff claims that he is held "in unlawful custody" and seeks his release. (*Id.*, at 7.) Thus, since it appeared that Plaintiff may have intended to pursue habeas corpus relief rather than an action under §1983on February 7, 2014, an order issued giving Plaintiff thirty (30) days to show cause why this action should not be dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

It is now more than a month since the order to show cause issued and Plaintiff has not

1

complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims under 28 U.S.C. § 1983 upon which relief may be granted.

      Accordingly, pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994), Plaintiff is barred from bringing this action under 28 U.S.C. § 1983 and this action is HEREBY DISMISSED, without prejudice.

IT IS SO ORDERED.

Dated:   **April 1, 2014**             **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE